**UNITED STATES COURT OF INTERNATIONAL TRADE**                **FORM 7A**

Paxton Hardwoods, LLC,

Plaintiff,

v.

United States,

Defendant.

Court No.

25-00123

25-00125

### NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses this action.

Dated: _____July 18, 2025_____

/s/Jeffrey S. Grimson
_____
Attorney for Plaintiff

5335 Wisconsin Ave, NW, Suite 810
_____
Street Address

Washington, DC 20015
_____
City, State and Zip Code

202-688-3610
_____
Telephone No.

Order of Dismissal

This action, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Dated: _____July 21, 2025_____

Clerk, U. S. Court of International Trade

By: _____/s/ Giselle Almonte_____
Deputy Clerk

Schedule to Notice of Dismissal

| Court Number(s) | Plaintiff(s) Name |
|---|---|
| 25-00123<br><br>25-00125 | Paxton Hardwoods, LLC |

Order of Dismissal

    This action and those listed on the schedule set forth above, having been voluntarily noticed for dismissal by plaintiff, are dismissed.

Dated:    July 21, 2025

                                Clerk, U. S. Court of International Trade

                                By: _____ /s/ Giselle Almonte _____
                                          Deputy Clerk

(As added Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)